UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HENRY, JR., | No. 2:20-cv-01064 GGH P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

On May 26, 2020, petitioner filed a letter requesting information on federal habeas corpus procedures as well as this district court's procedures. ECF No. 1. No other pleadings were filed by petitioner. Accordingly, on June 16, 2020, the court granted petitioner thirty days to file an in forma pauperis affidavit or pay the required filing fee and file a habeas petition in compliance with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  ECF No. 3. Petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b).  The filing of a habeas petition and

////

////

1

in forma pauperis affidavit, or payment of the required filing fee, within this timeframe will serve as cause and will discharge this order.

Dated: July 31, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE